**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-6348**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

CHARLES DOGAN, JR., a/k/a Chuckie Dogan,

                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., District Judge.  (2:96-cr-00066-1)

———————————

Submitted:  June 21, 2012              Decided:  June 26, 2012

———————————

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Charles Dogan, Jr., Appellant Pro Se. Monica Kaminksi Schwartz, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Dogan, Jr., appeals the district court's order adopting the recommendation of the magistrate judge and denying his petition for writ of mandamus. Dogan also appeals the denial of his motion to reconsider the order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Dogan, No. 2:96-cr-00066-1 (S.D.W. Va. Dec. 15, 2011 & Jan. 27, 2012). We deny Dogan's motion to inspect all recorded statements of court hearings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED